```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

FRANKLIN ET AL.                              CIVIL ACTION

VERSUS                                       NO: 06-5422

HARTFORD FIRE INSURANCE                      SECTION: R (1)
COMPANY
```

**ORDER**

Before the Court is defendant Hartford Fire Insurance Company's motion for partial judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Counsel for plaintiffs has notified the Court that plaintiffs do not oppose the motion.

Plaintiffs sued Hartford, their flood policy insurer, on August 29, 2006. (R. Doc. 1). Plaintiffs' property was significantly damaged by flood waters as a result of Hurricane Katrina. Plaintiffs allege that Hartford violated the National Flood Insurance Act, flood insurance regulations, federal common law, and federal common law bad faith laws in the adjustment of plaintiffs' flood claims. Plaintiffs seek damages, attorneys' fees, costs, and penalties.

On November 13, 2007, defendant filed a motion for partial

judgment on the pleadings. (R. Doc. 17). Defendant contends that as holders of a standard flood insurance policy, plaintiffs cannot assert extra-contractual claims against their write-your-own (WYO) insurer in the context of a claims handling dispute because such claims are barred and preempted by federal constitutional, statutory, and regulatory law. *See, e.g., Wright v. Allstate Ins. Co.*, 500 F.3d 390 (5th Cir. 2007) (holding that the National Flood Insurance Act does not expressly authorize policy-holders to bring extra-contractual claims against their WYO insurers and that there is no evidence of Congressional intent to allow policy-holders to file extra-contractual claims under the Act).

   The Court has reviewed defendant's motion. Finding that it has merit, and based on plaintiffs' notification to the Court that they does not oppose the motion, the Court hereby GRANTS defendant's motion for partial judgment on the pleadings. Plaintiffs' federal common law and state based extra-contractual claims are dismissed. Plaintiffs can proceed on their breach of contract claims.

   New Orleans, Louisiana, this 29th day of November, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE